IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                          CHAPTER 13 CASE
                                                                 NO. 13-31074-DHW

**WILLIE LEE ROGERS, JR., XXX-XX-9878,**

       **Debtor.**

---

**PURSUANT TO LBR 2004-1, THE PERSON TO BE EXAMINED SHALL APPEAR AT THE TIME AND PLACE SET FORTH HEREIN AND MAKE HIMSELF/HERSELF AVAILABLE FOR EXAMINATION UNLESS HE/SHE HAS FILED AN OBJECTION NOT MORE THAN 21 DAYS AFTER SERVICE. FAILURE TO APPEAR OR TIMELY OBJECT MAY BE PUNISHED AS A CONTEMPT OF COURT.**

## TRUSTEE'S NOTICE OF RULE 2004 EXAMINATION

       COMES NOW, the Trustee, pursuant to LBR 2004-1, Bankr. M.D. Ala., notice is hereby given that the debtor is required to appear on *Thursday, 3rd day of December, 2015, at 3:00PM, in the Frank M. Johnson, Jr. Federal Courthouse, Lee Street entrance, Section 341 Meeting Room (105),* Montgomery, Alabama for examination by the Trustee. The debtor is required to bring any and all documents pertaining to the workman's compensation claim.

       Respectfully submitted this 10tn day of November, 2015.

                                                          Curtis C. Reding
                                                          Standing Chapter 13 Trustee

                            By:     /s/ Sabrina L. McKinney
                                       Sabrina L. McKinney
                                       Staff Attorney

Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
mckinneys@ch13mdal.com

CERTIFICATE OF SERVICE

    I, Sabrina L. McKinney, hereby certify that I have served copies of the foregoing TRUSTEE'S NOTICE FOR RULE 2004 EXAMINATION on the parties listed below by either electronic mail or placing same in the United States Mail, postage prepaid and properly addressed, this 10th day of November, 2015.

                                                /s/ Sabrina L. McKinney
                                                Sabrina L. McKinney

Willie Lee Rogers, Jr.
906 Brookland Curve
Montgomery, AL 36117

Richard D. Shinbaum via electronic mail