**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re Case No. 13-31074-DHW
Chapter 13

WILLIE LEE ROGERS, JR.,

Debtor.

## CONDITIONAL ORDER DISMISSING BANKRUPTCY CASE

The chapter 13 trustee filed a motion (Doc. # 51) under 11 U.S.C. § 1307 to dismiss this case because of a material default by the debtor in payments under the confirmed chapter 13 plan. The motion came on for hearing on April 10, 2017, at which time the debtor requested additional time to consider the conversion of this case to a case under chapter. In accordance with the ruling from the bench in open court, it is

ORDERED that this bankruptcy case is DISMISSED effective ***15 days*** from the date of this order unless the debtor converts the case to a case under chapter 7 on or before the effective date

Done this 10th day of April, 2017.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c Debtor
Richard D. Shinbaum, Attorney for Debtor
Sabrina L. McKinney, Acting Trustee
All Creditors